ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2007 SEP -6 P 12: 21
CLERK
SO. DIST. OF GA.

BOXER X, f/k/a Stanley Farley,[1]  )
)
    Plaintiff,  )
)
v.  ) CV 603-147
)
ANGELA HARRIS,[2] Sergeant,  )
)
    Defendant.  )

# ORDER

On June 4, 2007, the Honorable B. Avant Edenfield, United States District Judge, directed defense counsel to confirm whether "Boxer X" is Plaintiff's legal name.[3] (Doc. no. 26, p. 1). However, defense counsel has failed to respond.[4] As such, defense counsel shall

---

[1] The parties are **DIRECTED** to add "f/k/a Stanley Farley" to the caption of all pleadings filed with the Clerk of the Court.

[2] The **CLERK** is **DIRECTED** to change the docket to reflect Defendant's full name.

[3] In this Court's June 18, 2007 Order, defense counsel was reminded about Judge Edenfield's June 4th Order. (Doc. no. 27, p. 2).

[4] On August 17, 2007, Plaintiff filed a "Verification of Legal Name," wherein he states that his name was changed to Boxer X in Colorado. (Doc. no. 29, pp. 1 & 4). However, that filing does not relieve defense counsel of the responsibility of complying with Judge Edenfield's June 4th Order.

have ten (10) days from the undersigned date to provide the information required by Judge Edenfield's June 4th Order.

SO ORDERED this 6th day of September, 2007, at Augusta, Georgia.

_____
W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE