IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

BOXER X, f/k/a Stanley Farley, )
)
    Plaintiff, )
)
v. ) CV 603-147
)
ANGELA HARRIS, Sergeant, )
)
    Defendant. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's "Motion to Dismiss" is **DENIED**. (Doc. no. 34).

SO ORDERED this ___ day of August, 2008.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA