IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| BOXER X, f/k/a Stanley Farley, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 603-147 |
| | ) | |
| ANGELA HARRIS, Sergeant, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion for partial summary judgment is **GRANTED IN PART** and **DENIED IN PART**, and Plaintiff's unexhausted bodily privacy claims, retaliation claims, and official capacity claims are **DISMISSED**. Plaintiff's July 24, 2003 bodily privacy claim against Defendant in her individual capacity shall proceed.

SO ORDERED this 9 day of Feb. , 2009.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA