AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BOXER X, formerly known as
Stanley Farley,

      Plaintiff

JUDGMENT IN A CIVIL CASE

      V.

CASE NUMBER: 6:03cv147

ANGELA HARRIS, Sergeant

      Defendant

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the jury verdict rendered on the 19th day of October, 2009, JUDGMENT is hereby entered in favor of the defendant, ANGELA HARRIS, and against the plaintiff, BOXER X, formerly known as Stanley Farley. The plaintiff BOXER X, formerly known as Stanley Farley, shall take nothing, and costs are hereby assessed against the plaintiff, to be taxed by the Clerk of Court.

Approved by: _W. Leon Barfield_
W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

10-28-09
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03